Blake Goodman
Law Offices of Blake Goodman
900 Fort St. Mall Ste 910
Honolulu, HI 96813
808-528-4274
blake@debtfreehawaii.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

----------------------------------------------------------------------x
Vance Pascua                                    Civil Action No:
                                                1:24cv11
                    Plaintiff,

     -v.-

Experian Information Solutions, Inc.
Upstart Network, Inc.
                    Defendants.
----------------------------------------------------------------------x

**NOTICE OF SETTLEMENT AS TO UPSTART NETWORK, INC.**

Notice is hereby given that the plaintiff and the Defendant, Upstart Network, Inc. have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 21st day of February 2025

                                        */s/Blake Goodman*
                                        Blake Goodman

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 21, 2025 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                               */s/ Blake Goodman*
                                               Blake Goodman