Blake Goodman
Law Offices of Blake Goodman
900 Fort St. Mall Ste 910
Honolulu, HI 96813
808-528-4274
blake@debtfreehawaii.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

| | |
|---|---|
| Vance Pascua,<br>          Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.<br>Upstart Network, Inc.<br>          Defendants. | **CIVIL NO.** 1:24-CV-11<br><br>**JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS. INC.; ORDER** |

**JOINT STIPULATION OF DISMISSAL AS TO**
**<u>DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ORDER</u>**

Pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(ii), Plaintiff Vance Pascua and Defendant Experian Information Solutions, Inc., by and through their undersigned counsel of record, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Experian Information Solutions, Inc. and the claims against Upstart Network, Inc. remain.  This Stipulation is being signed by all parties who have appeared in this action.  Each

//

//

//

party shall bear their own attorneys' fees and costs incurred herein.

DATED: Hackensack, New Jersey; May 30, 2025.

/s/ Blake Goodman
BLAKE GOODMAN
s/Eliyahu Babad
ELIYAHU BABAD

Attorneys for Plaintiff
Vance Pascua

DATED: Wailuku, Hawaii; May 30, 2025.

/s/Deborah K. Wright
DEBORAH K WRIGHT
DOUGLAS R. WRIGHT

Attorneys for Defendant
Experian Information Solutions, Inc.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, May 30, 2025.

Helen Gillmor
United States District Judge

*VANCE PASCUA v. EXPERIAN INFORMATION SOLUTIONS, INC. etal.,* Civil No. CV 24-11 **JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION; ORDER**

2