Blake Goodman
Bar Number: 7436
**Law Offices of Blake Goodman**
900 Fort St Mall Ste 910
Honolulu, HI 96813
Ph: (808) 528-4274
blake@debtfreehawaii.com
*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| **VANCE PASCUA,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.;**<br>**UPSTART NETWORK, INC.**<br><br>    **Defendants.** | Case No.: 1:24-cv-11 |

**NOTICE OF VOLUNTARY DISMISSAL AS TO UPSTART NETWORK, INC.**

Plaintiff Vance Pascua ("Plaintiff") and Defendant Upstart Network, Inc. ("Defendant"), have resolved their differences, by and through their respective counsels of record, that the above-captioned action, including the parties and claims alleged therein have resolved their differences and Plaintiff hereby agrees to voluntary dismissal with prejudice of Plaintiff's claims against the Defendant, Upstart Network, Inc., in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

DATED, this 28th day of May 2025.

                                            /s/Blake Goodman
                                            Blake Goodman

IT IS SO ORDERED.
DATED: Honolulu, Hawaii, May 30, 2025.



Helen Gillmor
United States District Judge